IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

OD MATTHEWS, IV (01)
NICHOLAS CHARLES VAGROSKY (02)
MIRANDA BETH TAYLOR (03)
WESLEY TYLER FLORES (04)
JOHNATHAN RAY RIVERA (05)
TANNER GARRETT PITTS (06)

No. **2-26CR-040-Z**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 3 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**INDICTMENT**

The Grand Jury Charges:

Count One
Conspiracy to Distribute or Possess with
Intent to Distribute 40 Grams or More of Fentanyl
(Violation of 21 U.S.C. § 846)

From on or about a date unknown to the grand jury and continuing through on or

about April 11, 2026, in the Amarillo Division of the Northern District of Texas, and

elsewhere, **OD Matthews, IV**, **Nicholas Charles Vagrosky**, **Miranda Beth Taylor**,

**Wesley Tyler Flores**, **Johnathan Ray Rivera**, and **Tanner Garrett Pitts**, defendants,

did knowingly and intentionally combine, conspire, confederate, and agree with each

other, and with persons known and unknown to the grand jury to commit an offense

against the United States, that is, to knowingly and intentionally distribute and possess

with intent to distribute 40 grams and more, but less than 400 grams, of N-phenyl-N-[1-

(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

**United States v. Matthews, et al.**
**Indictment - Page 1**

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

Count Two
Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi))

On or about September 2, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Nicholas Charles Vagrosky**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**United States v. Matthews, et al.**
**Indictment - Page 3**

Count Three
Distribution or Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about December 10, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Nicholas Charles Vagrosky**, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Four
### Distribution or Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 25, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Nicholas Charles Vagrosky**, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**United States v. Matthews, et al.**
**Indictment - Page 5**

<u>Count Five</u>
Distribution or Possession with Intent to Distribute
Fentanyl Resulting in Serious Bodily Injury
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about March 5, 2026, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Nicholas Charles Vagrosky**, defendant, did intentionally and

knowingly distribute and possess with intent to distribute a mixture and substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, which

resulted in serious bodily injury to N.W. from the use of said fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

**United States v. Matthews, et al.**
**Indictment - Page 6**

<u>Count Six</u>
Distribution or Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 2, 2026, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Nicholas Charles Vagrosky**, **Miranda Beth Taylor**, and **Wesley**

**Tyler Flores**, defendants, did knowingly and intentionally distribute and possess with

intent to distribute a mixture and substance containing a detectable amount of N-phenyl-

N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Count Seven</u>
Distribution or Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 6, 2026, in the Amarillo Division of the Northern District of Texas, the District of New Mexico, and elsewhere, **Wesley Tyler Flores** and **Tanner Garrett Pitts**, defendants, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Eight</u>
Distribution or Possession with Intent to Distribute
Fentanyl Resulting in Serious Bodily Injury
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about April 9, 2026, in the Amarillo Division of the Northern District of
Texas, and elsewhere, **Nicholas Charles Vagrosky**, **Miranda Beth Taylor**, and **Wesley
Tyler Flores**, defendants, did intentionally and knowingly distribute and possess with
intent to distribute a mixture and substance containing a detectable amount of fentanyl, a
Schedule II controlled substance, which resulted in serious bodily injury to C.C. from the
use of said fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);
Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640
(1946).

Count Nine
Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 9, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **OD Matthews, IV**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Ten</u>
Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 9, 2026, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Nicholas Charles Vagrosky** and **Miranda Beth Taylor**,

defendants, did knowingly and intentionally possess with intent to distribute a mixture

and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

**United States v. Matthews, et al.**
**Indictment - Page 11**

Count Eleven
Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 9, 2026, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Johnathan Ray Rivera**, defendant, did knowingly and

intentionally possess with intent to distribute a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

**United States v. Matthews, et al.**
**Indictment - Page 12**

Count Twelve
Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 11, 2026, in the Amarillo Division of the Northern District of Texas, the District of New Mexico, and elsewhere, **Wesley Tyler Flores**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Forfeiture Notice
(21 U.S.C. § 853(a) and 21 U.S.C. § 853(p))

Upon conviction of any offense charging a violation of United States Code, Title 21, and pursuant to 21 U.S.C. § 853(a), defendants **OD Matthews, IV**, **Nicholas Charles Vagrosky**, **Miranda Beth Taylor**, **Wesley Tyler Flores**, **Johnathan Ray Rivera**, and **Tanner Garrett Pitts**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as a result of the offense(s), and any of the property used, or intended to be used, in any manner or part, by the defendant(s) to commit, or to facilitate the commission of the offense(s).

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant(s):

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:       anna.bell@usdoj.gov

**United States v. Matthews, et al.**
**Indictment - Page 15**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

OD MATTHEWS, IV (01)
NICHOLAS CHARLES VAGROSKY (02)
MIRANDA BETH TAYLOR (03)
WESLEY TYLER FLORES (04)
JOHNATHAN RAY RIVERA (05)
TANNER GARRETT PITTS (06)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE OR POSSESS WITH INTENT TO DISTRIBUTE 40 GRAMS OR MORE OF FENTANYL<br>Title 21, United States Code, Section 846. |
| COUNT 2: | POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)(vi). |
| COUNTS 3, 4, 6, and 7: | DISTRIBUTION OR POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). |
| COUNTS 5 and 8: | DISTRIBUTION OR POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL RESULTING IN SERIOUS BODILY INJURY<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). |
| COUNTS 9-12: | POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).<br>FORFEITURE NOTICE |

(12 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Amarillo _____ *Mil Mg* _____ Foreperson

Filed in open court this __23rd__ day of __April__ , A.D. 2026.

_____ Clerk

DEFENDANTS IN FEDERAL CUSTODY
(Complaint filed on 4/9/2026 – 2:26-MJ-72)

_____
UNITED STATES MAGISTRATE JUDGE