IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA
v.
OD MATTHEWS, IV (01)                                      NO. 2:26-CR-040-Z
NICHOLAS CHARLES VAGROSKY (02)
MIRANDA BETH TAYLOR (03)
WESLEY TYLER FLORES (04)
JOHNATHAN RAY RIVERA (05)
TANNER GARRETT PITTS (06)

## JOINT MOTION FOR CONTINUANCE, FOR DEFINITE SETTING, AND TO DECLARE LITIGATION COMPLEX PURSUANT TO 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii)

The United States of America and the above-named defendants, upon advice and by and through their respective attorneys, file this joint motion for continuance of the current trial setting of June 8, 2026, requesting a definite setting on the Court's November 2026 trial docket, and declaration that the case is complex.   In support thereof, the parties would show the Court the following:

1.      The above-named defendants were charged with various narcotics-related offenses in a twelve-count indictment issued by the Federal Grand Jury on April 23, 2026.   (Dkt. 78.)

2.      These charges stem from an investigation spanning several months.   It involved a wide range of investigative techniques, including: video surveillance, GPS tracking devices, pen register/trap and trace devices, audio/video surveillance, and court-authorized wiretaps of multiple cellular telephones.   Wire and electronic phone intercepts were operative for approximately 16 days, leading to the collection of

numerous calls and text messages.   Multiple controlled purchases were also executed throughout this investigation. The investigation culminated in an operation that included execution of search warrants at seven different locations.

3.      Due to the length of the investigation and the volume of material obtained through the techniques implemented, the discovery in this case is voluminous.   The amount of discovery generated in this case is in excess of one terabyte of information, including agent reports, electronic device downloads, wire intercept materials, as well as multiple audio/video recordings and photographs.   Additionally, because of the nature of this investigation, certain evidence will be redacted and other sensitive evidence (e.g., confidential informant recordings) is only available for review at the United States Attorney's Office.

4.      The United States and above-named defendants, by and through their respective attorneys of record, believe and represent to the Court that the ends of justice served by continuing this case from its present trial setting of June 8, 2026, to a firm trial setting on the Court's November 2026 trial docket, outweigh the best interests of the public and the defendants in a speedy trial.

5.      Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(ii), the United States and the defendants, by and through their respective attorneys of record, believe and represent to the Court that this case is so unusual and so complex, due to the complex and time-consuming nature of the discovery and the number of charged defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act.

6.      The United States and above-styled defendants, by and through their respective attorneys of record, believe and represent to the Court that the ends of justice served by continuing this case from the present trial setting to a firm trial setting on the Court's November 2026 trial docket outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, the United States and the defendants, by and through their respective attorneys of record, pray that this Court enter an order continuing trial of the above entitled and numbered cause from its current setting of June 8, 2026, to a definite setting on the Court's November 2026 docket, and that the Court set forth, in the record of the case, pursuant to its order in writing, its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


 s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:       anna.bell@usdoj.gov

CERTIFICATE OF CONFERENCE

I certify that I conferred with:

Brooks Barfield, attorney for Matthews, IV (01);
Joseph D. Batson, attorney for Vagrosky (02)
Paula Millan, attorney for Taylor (03);
Ethan Colley, attorney for Flores (04);
David Sloan, attorney for Rivera (05);
C.J. McElroy, attorney for Pitts (06)

and they each join in this motion.

s/ *Anna Marie Bell*
ANNA MARIE BELL
Assistant United States Attorney

**OD Matthews, IV, et al.**
**Joint Motion for Continuance, for Definite Setting, and to Declare Litigation Complex – Page 4**