IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:26-CR-040-Z(01) |
| OD MATTHEWS, IV (1) | |

## FACTUAL RESUME

In support of OD Matthews, IV's plea of guilty to the offense in Count Nine of the indictment, Matthews, the defendant, Brooks Barfield, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Nine of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Fentanyl, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed a controlled substance;

*Second.* That the substance was in fact fentanyl; and

*Third.* That the defendant possessed the substance with the intent to distribute it.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

## STIPULATED FACTS

1. OD Matthews, IV, admits and agrees that on April 9, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On April 9, 2026, Drug Enforcement Administration (DEA) agents obtained a search warrant for the residence of OD Matthews, IV, located at 803 South Dallas, Amarillo, Texas. DEA agents had observed Matthews coming and going from the residence during surveillance on several occasions. Before the execution of the search warrant, Matthews was detained by agents for further investigation.

3. During a search of Matthews's residence, agents located a table in the garage that had a heat sealer and two black backpacks on it. Inside one of the backpacks, agents located a Ziploc bag of approximately 200 blue M-30 fentanyl pills. Agents also located a digital scale, a smaller bag of blue M-30 pills, and 1,111 gross grams of suspected marihuana inside the residence. Matthews admits that he knowingly or intentionally possessed this fentanyl.

4. The suspected fentanyl was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, fentanyl, a Schedule II controlled substance. The substance had a total net weight of 21.573 grams. This amount of fentanyl is only consistent with distribution, not personal use.

5. Matthews, IV, admits that on April 9, 2026, he knowingly possessed with intent to distribute a controlled substance, fentanyl, a Schedule II controlled substance.

6. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Nine of the indictment.

AGREED TO AND STIPULATED on this 17th day of August, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

OD Matthews, IV
Defendant

Brooks Barfield
Attorney for Defendant

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov