IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v. NO. 2:26-CR-040-Z (04)

WESLEY TYLER FLORES (04)

**FACTUAL RESUME**

In support of Wesley Tyler Flores's plea of guilty to the offense in Count Twelve of the indictment, Flores, the defendant, J. Ethan Colley, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

**ELEMENTS OF THE OFFENSE**

To prove the offense alleged in Count Twelve of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Fentanyl, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed a controlled substance;

*Second.* That the substance was in fact fentanyl; and

*Third.* That the defendant possessed the substance with the intent to distribute it.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

## STIPULATED FACTS

1. Wesley Tyler Flores admits and agrees that on April 11, 2026, in the Amarillo Division of the Northern District of Texas, the District of New Mexico, and elsewhere, he did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On April 11, 2026, Drug Enforcement Administration (DEA) agents obtained a search warrant for the residence of Wesley Tyler Flores, located at 53 Chapparal Avenue, Clovis, New Mexico. Officers made entry into the residence and located Flores in the living room. Flores was detained for further investigation. During a search of Flores's person, officers located a small baggie containing a white powder believed to be fentanyl.

3. During the execution of the search warrant, DEA agents located a safe in a bedroom closet. Agents opened the safe and located two plastic bags containing a white powdery substance believed to be fentanyl.

4. On that same day, DEA agents conducted an interview with Flores. An agent read Flores his *Miranda* warnings. Flores waived his rights and agreed to make a statement. During the interview, Flores admitted to selling fentanyl to several individuals who lived in Amarillo, Texas. Flores stated that his phone would not stop ringing because people were always getting "sick" with withdrawal symptoms. Flores admitted that a female would come to Clovis twice a week from Amarillo to purchase

approximately two to three grams of fentanyl powder. Flores also stated that he would meet a male from Amarillo twice a week in Friona, Texas. Flores stated that the male would purchase four to five grams of fentanyl powder during each meeting.

5. The suspected fentanyl seized from Flores's residence was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, fentanyl, a Schedule II controlled substance. The substance had a total combined net weight of 4.385 grams. This amount of fentanyl is consistent with distribution, not personal use.

6. Flores admits that on April 11, 2026, he knowingly possessed with intent to distribute a controlled substance, namely, fentanyl, a Schedule II controlled substance.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Twelve of the indictment.

AGREED TO AND STIPULATED on this 24th day of August, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

Wesley Tyler Flores
Defendant

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

J. Ethan Colley
Attorney for Defendant