IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS CHARLES VAGROSKY (02) | NO. 2:26-CR-040-Z (02) |

## FACTUAL RESUME

In support of Nicholas Charles Vagrosky's plea of guilty to the offense in Count Ten of the indictment, Vagrosky, the defendant, Joseph Batson, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Ten of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Fentanyl, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed a controlled substance;

*Second.* That the substance was in fact fentanyl; and

*Third.* That the defendant possessed the substance with the intent to distribute it.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

## STIPULATED FACTS

1. Nicholas Charles Vagrosky admits and agrees that on April 9, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On April 9, 2026, Drug Enforcement Administration (DEA) agents obtained a search warrant for the motel room of Miranda Beth Taylor and Nicholas Charles Vagrosky, located at 4420 Canyon Drive #124, Amarillo, Texas. Prior to the execution of the warrant, officers conducted a traffic stop of a gray Dodge Ram driven by Vagrosky close to the motel. During a search incident to arrest, officers located a small foil containing suspected fentanyl in Vagrosky's sock. Following the traffic stop of Vagrosky, officers contacted Taylor and asked her to pick up the Dodge Ram. When Taylor exited the motel room, officers took Taylor into custody.

3. During the execution of the search warrant, officers located a baggie of suspected fentanyl inside a nightstand drawer. The amount of fentanyl located was consistent with distribution, as opposed to personal use. Officers also located several foil squares consistent with fentanyl distribution and a digital scale in the same drawer as the suspected fentanyl.

4. The suspected fentanyl was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, fentanyl, a Schedule II controlled substance. The substance had a total net weight of 1.365 grams.

5. Vagrosky admits that on April 9, 2026, he and Taylor knowingly possessed with intent to distribute a controlled substance, namely fentanyl, a Schedule II controlled substance.

6. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Ten of the indictment.

AGREED TO AND STIPULATED on this 24th day of August, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

Nicholas Vagrosky
Nicholas Charles Vagrosky
Defendant

Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

Joseph D Batson
Joseph Batson
Attorney for Defendant